IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL WAYNE WALKER, § | | |
|     Plaintiff, § | | |
| § | CIVIL ACTION NO. | |
| v. § | 3:10-CV-00536-M (BF) | |
| § | | |
| NFN BOYD, et al, § | | |
|     Defendants. § | | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney, as to the Motion for Judgment on the Pleadings filed by Defendants James Boyd and Tashara Tucker-Caldwell. The Defendants filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Motion for Judgment on the Pleadings is denied without prejudice.

**SO ORDERED** this 30th day of August, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS