# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL WAYNE WALKER,<br>　　Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO.<br>3:10-CV-00536-M (BF) |
| v. | §<br>§ | |
| NFN BOYD, et al,<br>　　Defendants. | §<br>§<br>§ | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on the Motion for Judgment on the Pleadings of Dr. Ahmed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and dismisses with prejudice Plaintiff's claims against Dr. Ahmed.

**SO ORDERED** this 14th day of September, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS