IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL WAYNE WALKER, | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 3:10-CV-00536-M-BF |
| | § | |
| NFN BOYD, et al., | § | |
|     Defendants. | § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The evidence submitted by the Plaintiff, which the Plaintiff submitted in support of his own motion for Summary Judgment (Docket No. 66) and which the Court considered as a Response to the Defendant's Motion for Summary Judgment, does not impeach the validity of the conclusions of the Magistrate Judge, with which the Court agrees. The Court notes that it includes only 8 pages relating to medical treatment and requests, each of which Plaintiff labeled with an Exhibit designation.

**SO ORDERED** this 12th day of May, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS